**N THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

RHONDA C. LAZARUS        :   No. 24 WM 2024
:
:
v.               :
:
:
DUSAN GRMUSA AND AVALA    :
CONSTRUCTION, INC.        :
:
:
PETITION OF: DUSAN GRMUSA    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of June, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.